| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ja Vonne M. Phillips, Esq. SBN 187474<br>Kelly M. Raftery, Esq. SBN 249195<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>Phone (619) 685-4800<br>Fax (619) 685-4810 | **FILED & ENTERED**<br><br>**NOV 23 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY kent    DEPUTY CLERK** |

☒ *Attorney for Movant*
☐ *Movant(s) appearing without attorney*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>**John M. Muradian and**<br>**Stacey L. Muradian ,** | CHAPTER: 7<br><br>CASE NO.: 8:10-bk-22583-RK |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** |
| | DATE: 11/16/2010<br>TIME: 10:30AM<br>CTRM: 5D<br>PLACE:  411 W 4th Street<br>            Santa Ana, CA 92701 |
| Debtors. | |

**MOVANT: Residential Credit Solution, its assignees and/or successors**

1. The Motion was: ☐ Opposed        ☒ Unopposed        ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

   *Street Address:* 21231 Longridge Drive
   *Apartment/Suite No.:*
   *City, State, Zip Code:* Trabuco Canyon, CA 92679

   Legal description or document recording number (including county of recording): 2007000197878, Orange County, California

   ☒ See attached page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*

F 4001-1.ORDER.RP

3. The Motion is granted under:   ☐ 11 U.S.C. § 362(d)(1) ☒ 11 U.S.C. § 362(d)(2) ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.

   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.

   c. ☐ Modified or conditioned as set forth in Exhibit to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify):*

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

   ☐ transfer of all or part of ownership of, or interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

*(This Order continued on the next page.)*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*

F 4001-1.ORDER.RP

Page 2

10. This Court orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.

   d. ☒ IT IS FURTHER ORDERED that the Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement. Movant may contact the Debtor to comply with California Civil Code Section 2923.5.

###

DATED: November 23, 2010

_____
United States Bankruptcy Judge

PARCEL 1:

LOT(S) 15 OF TRACT NO. 13213, IN THE CITY OF RANCHO SANTA MARGARITA, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 632 PAGE(S) 8 TO 20, INCLUSIVE, OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THE WATER RIGHTS, AS DEDICATED TO THE SANTA ANA MOUNTAINS COUNTY WATER DISTRICT ON THE MAP OF SAID TRACT.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS, OTHER HYDROCARBON SUBSTANCES AND UNDERGROUND WATER LYING BELOW A DEPTH OF 550 FEET, BUT WITH NO RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEEDS OF RECORD.

PARCEL 2:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, DRAINAGE, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR TRABUCO HIGHLANDS ("DECLARATION") RECORDED JUNE 18, 1987 AS INSTRUMENT NO. 87-346587, AND IN THE NOTICE OF ADDITION OF TERRITORY AND SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR PHASE 4 OF LYON ESTATES IN PHASE 8 OF PROMONTORY IN TRABUCO HIGHLANDS ("NOTICE") RECORDED SEPTEMBER 7, 1995 AS INSTRUMENT NO. 95-0391071, BOTH OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*

Page 4

F 4001-1.ORDER.RP

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 23, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| UNITED STATES TRUSTEE | TRUSTEE | COUNSEL FOR DEBTOR |
|---|---|---|
| ustpregion16.sa.ecf@usdoj.gov | Richard A Marshack (TR) | Joseph L Pittera |
| | pkraus@marshackhays.com | evlam2000@aol.com |

McCarthy & Holthus, LLP
bknotice@mccarthyholthus.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

DEBTORS - John M. Muradian, 21231 Longridge Drive, Trabuco Canyon, CA 92679
DEBTOR - Stacey L. Muradian, 21231 Longridge Drive, Trabuco Canyon, CA 92679

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*

**F 4001-1.ORDER.RP**